Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtor:    FERMIN O FLORES
           1303 BIRCH ST
           OXNARD, CA 93033

Case No.:  ND05-11700-RR

Explanation of Source:   Transmitted herewith for deposit into the Court registry is the check identified below.  The check was not deliverable at the address in the Trustee's file.  The Trustee, after due diligence, has not been able to locate the payee.  Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                          Amount:

FERMIN O. FLORES                                $ 1.91
1303 BIRCH ST.
OXNARD, CA 93033

Dated:   December 28, 2010 _____          _____

                                                    Elizabeth Rojas, TRUSTEE

CLERK OF THE COURT

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

Check No.:        0051177
Check Date:       12/15/2010
Check Amt:             1.91

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 0511700 | | FERMIN O FLORES | | 0.00 | 0.00 | 1.91 | 1.91 |
| | Claim #: 00000 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 1.91 | 1.91 |

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA  91403

FLORES, FERMIN O

Case No: 0511700

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

| CHECK DATE | CHECK NO. |
|---|---|
| Dec 15, 2010 | 0051177 |

| CHECK AMOUNT |
|---|
| $**********1.91 |

VOID AFTER 60 DAYS

PAY
ONLY  **1.91**
ONE   PERIOD  NINE   ONE

PAY
TO THE
ORDER
OF

CLERK OF THE COURT

VOID OVER $1.91

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0051177⑈ ⑆122044300⑈ 001⑈111720⑈